■ Octavio De Laurentis, Appellant, v. Seafarers Port O'Call Corporation, Defendant, and Becker Truck Renting Corporation, Respondent.— In an action to recover damages for personal injuries, the appeal is from an order granting judgment dismissing the complaint as against respondent, pursuant to subdivision 4 of rule 107 of the Rules of Civil Practice on the ground that there is an existing final judgment of a court of competent jurisdiction rendered on the merits, determining the same cause of action between the parties. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur. [6 Misc 2d 697.]

■ Carmela Di Fede, Respondent, v. Carmelo Di Fede, Appellant.— In an action for separation on the grounds of cruelty, abandonment, and nonsupport, the appeal is from so much of a judgment as grants respondent a separation on the ground of cruelty, and incidental relief. Judgment insofar as appealed from unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ Richard Graham, Respondent, v. Irving Walker, Appellant.— In an action brought in the County Court, Westchester County, to recover damages for injury to property, the appeal is from a judgment entered on the direction of a verdict in respondent's favor. Respondent's motor vehicle was alleged to have been damaged through the negligence of appellant in the operation of his motor vehicle. Judgment reversed and a new trial ordered, with costs to appellant to abide the event. The evidence adduced presented a question of fact with respect to negligence on the part of appellant which should have been submitted to the jury for determination (cf. *Blum* v. *Fresh Grown Preserve Corp.*, 292 N. Y. 241). Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ In the Matter of Arthur W. Colonell, Petitioner, against George W. Perkins et al., Constituting the Palisades Interstate Park Commission, Respondents.— This proceeding pursuant to article 78 of the Civil Practice Act to review a determination of respondents has been transferred to this court pursuant to section 1296 of the Civil Practice Act. The determination sought to be reviewed dismissed petitioner from his position as patrolman of the Palisades Interstate Park Patrol. Determination unanimously confirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.